UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-CV-01738 ODW (DSR) Date: October 27, 2026

Title VISHAV PRATAP SINGH V. PAMELA BONDI, ET AL.

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER REQUIRING RESPONSE TO PETITIONER'S MOTION FOR FACILITATION OF RETURN, ORDER TO SHOW CAUSE, AND EXPEDITED HEARING (DOC. NO. 20)**

Pending before this Court is Petitioner's First Amended Petition for Writ of Habeas Corpus, in which Petitioner challenges the legality of his immigration detention See Doc. No. 18. Respondents filed their Answer to the First Amended Petition, see Doc. No. 19, and Petitioner did not file a Reply. The First Amended Petition is therefore now under submission for decision.

Prior to the filing of the First Amended Petition, Respondents filed a Status Report on August 17, 2026. See Doc. No. 16. Therein, they stated, inter alia, that "[o]n July 2, 2026, the Immigration Judge denied Petitioner's applications for asylum, withholding of removal, and protection under the Convention Against Torture, and ordered Petitioner removed to India," and that "[o]n July 23, 2026, Petitioner appealed that decision to the Board of Immigration Appeals, where the appeal remains pending." Id. at ECF p. 3, lns. 1-6. Thus, Respondents were admittedly aware as of that date that Petitioner had appealed the Order of Removal. The Court notes that the Automated Case Information for Petitioner's case available on the EOIR website still shows that "A case appeal was received on July 23, 2026" and "is currently pending."

Nevertheless, Petitioner has filed an Emergency Motion for Facilitation of Return, Order to Show Cause, and Expedited Hearing," Doc. No. 20, in which he (through counsel) reports that

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-CV-01738 ODW (DSR) Date: October 27, 2026

Title VISHAV PRATAP SINGH V. PAMELA BONDI, ET AL.

"Respondents removed [Petitioner] to India on September 18, 2026, while his timely appeal from the Immigration Judge's removal decision remained pending before the Board of Immigration Appeals … ." See Doc. No. 20 at 1:15-17. Petitioner asserts that such removal was unlawful, and requests various relief from this Court, including an Order that Respondents immediately take all necessary and appropriate steps to facilitate Petitioner's return to the United States" and an Order to Show Cause why contempt or other sanctions should not be imposed. Id. at 4.

Petitioner did not notice that Motion for hearing, however, and perhaps as a result Respondents have not, to date, filed any response to that Motion. The Court therefore Orders Respondents to file an Opposition to Petitioner's Motion no later than **November 2, 2026**. FAILURE TO FILE TIMELY OPPOSITION TO THE MOTION MAY BE DEEMED CONSENT TO GRANTING THE RELIEF REQUESTED. See Local Rule 7-12. Petitioner shall then have until **November 5, 2026**, to file an optional Reply. Upon receipt of the parties' briefs, the Court will determine whether to schedule a hearing on the Motion, or to prepare a Report and Recommendation to the assigned District Judge based on the papers timely filed.

**IT IS SO ORDERED.**

:

**Initials of Preparer** LK